UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JAMES R. TAYLOR,** *et al.,*                                            Case No.   3:12-CV-10

                                                                                                      **Judge Timothy S. Black**

    Plaintiffs,

-vs-

**KISER LAKE SPORTSMENS CLUB, INC.,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that: (A) Defendant is permanently enjoined, pursuant to 42 U.S.C. § 6972, from further violating RCRA by storing and disposing of lead on the Club property and Plaintiffs' Property without a permit;(B) Defendant is ordered, pursuant to 42 U.S.C. § 6972, to cleanup and dispose of lead shot and other hazardous wastes on the Defendant's property and the Plaintiffs' property in accordance with applicable state and federal laws and to take such other actions as may be necessary to abate the imminent and substantial endangerment that those wastes present; (C) Defendant is liable, pursuant to 42 U.S.C. §§ 9607(a) and 9613(g)(2), for all costs of response incurred by Plaintiffs that are necessary and consistent with the National Contingency Plan, as set forth in 40 C.F.R. Part 300; (D) Plaintiffs are awarded damages in the amount of $3,250.00 for reasonable and necessary investigatory costs incurred; (E) Plaintiffs, as the prevailing or substantially prevailing parties in this action, are entitled recover $21,139.25 pursuant to 42 U.S.C. §6972(e).   This case is closed.

Date: February 28, 2013                                                            **JOHN P. HEHMAN, CLERK**

                                                                                                          By: *s/ M. Rogers*
                                                                                                          Deputy Clerk